

## REAL ESTATE OPINION                      3/14/2016

SUBJECT PROPERTY:   2786 Dolby Drive, Columbus, Ohio 43207
OWNER               Cynthia Bellamy Young
TAX CARD VALUE      $65,900
PROPERTY DESCRIPTION:

    3 Bedroom     1 Bath     Built 1959     Ranch
    1350 Square feet     2 Car Detached Garage
    Slab Basement     .19 Acres

COMPARABLE HOME SALES:

    141 Schryver Road, Columbus, Ohio 43207
    4 Bedroom     1.5 Bath     Built 1960     Ranch
    1280 square feet     3 Car Detached Garage
    Slab Bsmt     .15 Acres
    Notes: Average condition, needs updated.
    **SOLD**     **8/4/2015**     **$67,000**

    53 Dolby Drive, Columbus, Ohio 43207
    4 Bedroom     1 Bath     Built 1959     Ranch
    1045 square feet     1 Car Detached Garage
    Slab Basement     .21 Acres
    Notes: Updated, good condition.
    **SOLD**     **9/3/2015**     **$49,000**

    2830 Dolby Drive, Columbus, Ohio 43207
    3 Bedroom     1 Bath     Built 1963     Ranch
    925 square feet     No Garage
    Slab Bsmt     .19 Acres
    Notes: Interior condition unknown.
    **SOLD**     **8/31/2015**     **$47,500**

COMMENT:    The owner indicates the home needs all new flooring and the home desperately needs to be reinsulated. The furnace and A/C are at the end of their useful life and will need replaced soon. The electric needs evaluated because of frequent popping of breakers. Upon comparing both the current homes on the market and those that have sold, both positively and negatively adding for features, I would place a value on the above mentioned property at **$60,000**. This is strictly an opinion based on the particulars of the home. This value is based on the home being in at least "Fair" condition.

Tara Krotzer
Equity, Inc.